01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08  UNITED STATES OF AMERICA,            )    CASE NO. 06-546M
                                          )
09          Plaintiff,                    )
                                          )
10      v.                                )
                                          )    DETENTION ORDER
11  CHARLENE RUBARB NORRIS,               )
                                          )
12          Defendant.                    )
    _____     )

13

14  Offense charged:

15          Mail Theft (two counts)

16  Date of Detention Hearing:    Initial Appearance; October 26, 2006

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21              FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22          (1)     Defendant is charged by complaint with two counts of mail theft.  She is present

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 1

01 in this court pursuant to a Writ of Habeas Corpus ad Prosequendum, having previously been in

02 state custody at the Washington Corrections Center for Women.

03        (2)      Defendant does not contest detention.

04        (3)      Defendant poses a risk of danger and of nonappearance because of her status as

05 a post-conviction prisoner in state custody.

06        (4)      There does not appear to be any condition or combination of conditions that will

07 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

08 to other persons or the community.

09 It is therefore ORDERED:

10        (1)      Defendant shall be detained pending trial and committed to the custody of the

11               Attorney General for confinement in a correction facility separate, to the extent

12               practicable, from persons awaiting or serving sentences or being held in custody

13               pending appeal;

14        (2)      Defendant shall be afforded reasonable opportunity for private consultation with

15               counsel;

16        (3)      On order of a court of the United States or on request of an attorney for the

17               Government, the person in charge of the corrections facility in which defendant is

18               confined shall deliver the defendant to a United States Marshal for the purpose of

19               an appearance in connection with a court proceeding; and

20 / / /

21 / / /

22 / / /

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 2

01    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

02            counsel for the defendant, to the United States Marshal, and to the United States

03            Pretrial Services Officer.

04    DATED this 27th day of October, 2006.

05

06                                        _____
                                          Mary Alice Theiler
07                                        United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 3