1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLENE RUBARB NORRIS,<br><br>Defendant. | NO. CR06-394-MJP<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

  An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 15, 2011. The United States was represented by Assistant United States Attorney Karyn Johnson and the defendant by Stephan Illa.

  The defendant had been charged and convicted of Mail Theft (2 Counts), in violation of 18 U.S.C.§ 1708. On or about March 16, 2007, defendant was sentenced by the Honorable Marsha J. Pechman, to a term of 12 months and 1 day in custody, to be followed by 3 years of supervised release.

  The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $1,093.37 restitution, possess no firearms, submit to search, maintain single checking account, surrender any and all documents related to any

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

business, disclose all assets and liabilities, no new credit without USPO approval, no self-employment without approval, do not possess any form of I.D. in any other name and complete 180 days RRC.

In a Petition for Warrant or Summons, dated February 14, 2011, U.S. Probation Officer Stephen R. Gregoryk asserted the following violation by defendant of the conditions of her supervised release:

1. Using methamphetamine on or before January 14, 2011, in violation of standard condition No. 7.

2. Using heroin on or before February 9, 2011, in violation of standard condition No. 7.

3. Using methamphetamine on or before February 14, 2011, in violation of standard condition No. 7.

The defendant was advised of her rights, acknowledged those rights, and admitted to alleged violation numbers 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as set forth in violation numbers 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on March 4, 2011 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 15th day of February, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Karyn Johnson
Defendant's attorney: Stephan Illa
Probation officer: Steven R. Gregoryk

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3